# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO ARMENTA, et al, <br><br> Plaintiff, <br><br> vs. <br><br> SWIFT TRANSPORTATION CO., INC., et al, <br><br> Defendant. | CASE NO. 09cv754-MMA(WMc) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 15] |

By the stipulation of the parties, good cause appearing, the Court hereby orders that this case be **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of Court is instructed to enter final judgment accordingly and terminate the case.

**IT IS SO ORDERED**.

DATED: January 12, 2010

Hon. Michael M. Anello
United States District Judge